Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

Darren Riggs (true name: Stigger)            Crim. No.05-CR-80231-07

On June 11, 2009, the Court authorized the issuance of a probation/supervised release warrant/summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in Court on September 24, 2009 and the Court made the following finding(s):

✔     Guilty of violating condition(s) of supervision. The following special condition(s) of supervision is/are added.

___     The offender's probation was extended for one year until September 19, 2010.

        The offender was instructed to complete the remaining 180 hours of community service within six months.

Respectfully submitted,

Patricia L. Battle
Senior United States Probation Officer
(313) 234-5270

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 6th Day of Oct, 2009

Patrick J. Duggan
United States District Judge